UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
|    Lester L. Roberts and | : | Case No. 10-54748 |
|    Kathleen B. Roberts, | : | Chapter 7 |
| | : | |
|        Debtors. | : | Judge Preston |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

**TO THE CLERK OF COURT:**

The attached check in the amount of $64,754.61 represents the sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

Beneficial Ohio Inc.                     Claim No. 3              $64,754.61
P O Box 10490
Virginia Beach, VA  23450


Total Unclaimed/Small                              Total Unclaimed
<u>Dividends $25.00 or Under</u>                         <u>Dividends Over $25.00</u>

      $0.00                                          $64,754.61


Dated: August 31, 2018                             /s/   Myron N. Terlecky
                                                              Myron N. Terlecky, Trustee